```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
MORRIS OKUN,                        :
                    Plaintiff,      :     ORDER
         -against-                  :     08 Civ. 7715 (DLC)(MHD)
VINCE'S FARMERS MARKET, et al.,     :
                    Defendants.     :
-----------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```



It is hereby **ORDERED** that the settlement conference scheduled in the above-captioned action for MONDAY, JUNE 8, 2009, at 2:00 P.M. has been rescheduled for **TUESDAY, JUNE 23, 2009, at 5:00 P.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

The parties are to take note of the following requirements for settlement conferences before the undersigned:

1. The parties are **expected to have spoken with each other**

**about their respective settlement positions** prior to the settlement conference.

2. The parties are directed to bring with them any documents (including any deposition transcripts) that they consider pertinent to their position on the settlement value of the case.

3. Clients are expected to attend the conference.

**DATED:** **New York, New York**
         **June 8, 2009**

                                        SO ORDERED.

                                        ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
                                        **MICHAEL H. DOLINGER**
                                        **UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been faxed this date to:

Timothy J. Fierst, Esq.
Crowell & Moring LLP
153 East 53rd Street

Michael Zilberg, Esq.
The Zilberg Law Firm, Pllc
535 Fifth Avenue, 19th Floor
New York , NY 10017

2