UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
MORRIS OKUN, INC.,                      :
                    Plaintiff,          :
                                        :   08 Civ. 7715 (DLC)
        -v-                             :
                                        :         ORDER
VINCE'S FARMERS MARKET d/b/a V'S ALL    :
COUNTRY PRODUCE, ANTHONY VALORANI,      :
individually and in any corporate       :
capacity, GLEN PUZINO, individually and :
in any corporate capacity,              :
                                        :
                    Defendants.         :
----------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/09
```

DENISE COTE, District Judge:

   It is hereby

   ORDERED that counsel are invited, in preparation for their settlement talks and in light of the discussion at the July 24, 2009 conference with the Court, to review the following case: Finest Fruits, Inc. v. Korean Produce Corp., No. 87 Civ. 6579(SWK), 1988 WL 96028 (S.D.N.Y. Sept. 6, 1988).

   SO ORDERED:

Dated:   New York, New York
         July 27, 2009

                                    _____
                                            DENISE COTE
                                    United States District Judge