UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                                 :
MORRIS OKUN, INC.,                      :
               Plaintiff,            :
                                                :    08 Civ. 7715 (DLC)
        -v-                               :
                                                :           ORDER
VINCE'S FARMERS MARKET d/b/a V'S ALL   :
COUNTRY PRODUCE, ANTHONY VALORANI,     :
individually and in any corporate      :
capacity, GLEN PUZINO, individually and :
in any corporate capacity,              :
                                                :
              Defendants.           :
-------------------------------------------X

[USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 10/9/09]

DENISE COTE, District Judge:

    It having been reported to this Court that this case has been settled, it is hereby

    ORDERED that the above-captioned action be, and hereby is, discontinued without costs to either party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

    SO ORDERED:

Dated:    New York, New York
           October 9, 2009

                                             /s/ Denise Cote
                                                  DENISE COTE
                                        United States District Judge